AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| PHILIPPE MAESTRACCI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  11-CIV-7710 |
| HELLY NAHMAD GALLERY, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HELLY NAHMAD GALLERY, INC.

Date:   11/22/2011

*Attorney's signature*

AARON RICHARD GOLUB, ARG 6056
*Printed name and bar number*

AARON RICHARD GOLUB, ESQUIRE, P.C.
34 EAST 67TH STREET -3RD FLOOR
NEW YORK, NEW YORK 10065

*Address*

ARGOLUB@ARGOLUB.COM
*E-mail address*

(212) 838-4811
*Telephone number*

(212) 838-4869
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=================================================
11-CIV-7710 (LLS) (MHD) ECF Case

PHILIPPE MAESTRACCI,

                      Plaintiff,

-against-

*SEATED MAN WITH A CANE, 1918*, A
PAINTING BY AMEDEO MODIGLIANI

                      Defendant in rem,

HELLY NAHMAD GALLERY, INC.

                      Defendant.

## APPEARANCE OF COUNSEL

*Attorneys for* Defendant
*Office and Post Office Address, Telephone*
Aaron Richard Golub, Esquire, P.C.
34 East 67th Street -3rd Floor
New York, New York 10065
212-838-4811

To

Attorney(s) for

Service of copy of the within is hereby admitted

Dated
..........................
Attorney(s) for

===============**NOTICE OF ENTRY**===============

PLEASE take notice that the within is a (certified) true copy of a

duly entered in the office of the clerk of the within named court on

Dated,

    Yours, etc.

Attorney for

*Office and Post Office Address*
Aaron Richard Golub, Esquire, P.C.
34 East 67th Street 3rd Floor
New York, New York 10065

To

Attorney(s) for

===============**NOTICE OF SETTLEMENT**===============

PLEASE take notice that an order
of which the within is a true copy will be presented for settlement to the Hon.
on
at     M.

Dated,

    Yours, etc.

Attorney for
Aaron Richard Golub, Esquire, P.C.
34 East 67th Street – 3rd Floor
New York, New York 10065