

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X 11-CIV-7710 (LLS)(MHD)
PHILIPPE MAESTRACCI,

                    ECF Case

         Plaintiff,

                    **SO ORDERED**
v.                 **STIPULATION**

*SEATED MAN WITH A CANE, 1918*, A
PAINTING BY AMEDEO MODIGLIANI

         Defendant in rem,

HELLY NAHMAD GALLERY, INC.

         Defendant.
------------------------------------X

    It is hereby STIPULATED AND AGREED, by and between the undersigned as counsel for the parties hereto, that the time for defendant HELLY NAHMAD GALLERY, INC. to answer, move against, or otherwise respond to the plaintiff's complaint is extended to and including December 22, 2011, and it is

    FURTHER STIPULATED AND AGREED that in the event defendant moves against the complaint, that the time for plaintiff PHILIPPE MAESTRACCI to file and serve his opposition to such motion is extended to and including January 23, 2012, and the time for defendant HELLY NAHMAD GALLERY, INC. to file and serve its reply is extended to and including February 23, 2012, and it is

    FURTHER STIPULATED AND AGREED that a facsimile or electronic signature on this document shall have the same force

and effect as an original signature.

Dated: November 17, 2011

| | |
|---|---|
| DUNNINGTON, BARTHOLOW<br>& MILLER LLP,<br>Attorneys for Plaintiff<br>1359 Broadway, Suite 600<br>New York, New York 10018<br>212-682-8811 | AARON RICHARD GOLUB, ESQUIRE, PC<br>Attorneys for Defendant<br>34 East 67th Street – 3rd Floor<br>New York, New York 10065<br>212-838-4811 |
| BY: _____<br>Raymond J. Dowd, Esq. | BY: _____<br>Nehemiah S. Glanc, Esq. |

SO ORDERED

_Louis L. Stanton_
U.S.D.J.

11/22/11

2