AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| PHILIPPE MAESTRACCI | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  11-CIV-7710 |
| HELLY NAHMAD GALLERY, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HELLY NAMHAD GALLERY, INC.

Date:   12/13/2011

*Attorney's signature*

NEHEMIAH S. GLANC            7264
*Printed name and bar number*

C/O Aaron Richard Golub, Esquire P.C.,
34 East 67th Street, 3rd Floor
New York, New York 10065

*Address*

nglanc@argolub.com
*E-mail address*

(212) 838-4811
*Telephone number*

(212) 838-4869
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11-CIV-7710 (LLS) (MHD) ECF Case

PHILIPPE MAESTRACCI,

Plaintiff,

-against-

*SEATED MAN WITH A CANE, 1918*, A
PAINTING BY AMEDEO MODIGLIANI

Defendant in rem,

HELLY NAHMAD GALLERY, INC.

Defendant.

## APPEARANCE OF COUNSEL

*Attorneys for* Defendant
*Office and Post Office Address, Telephone*
Aaron Richard Golub, Esquire, P.C.
34 East 67th Street – 3rd Floor
New York, New York 10065
212-838-4811

To

Attorney(s) for

Service of copy of the within is hereby admitted

Dated

..............................
Attorney(s) for

---

=======**NOTICE OF ENTRY**=======

PLEASE take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

Attorney for
*Office and Post Office Address*
Aaron Richard Golub, Esquire, P.C.
34 East 67th Street-3rd Floor
New York, New York 10065

To

Attorney(s) for

=======**NOTICE OF SETTLEMENT**=======

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon.
on
at                    M.

Dated,

Yours, etc.

Attorney for
Aaron Richard Golub, Esquire, P.C.
34 East 67th Street – 3rd Floor
New York, New York 10065