AARON RICHARD GOLUB, ESQUIRE, PC
Attorney for Defendant
34 East 67th Street – 3rd Floor
New York, New York 10065
ph: 212-838-4811
fx: 212-838-4869
e-mail: argolub@argolub.com
ARG 6056

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PHILIPPE MAESTRACCI,

                    Plaintiff,

      v.

HELLY NAHMAD GALLERY, INC., DAVID
NAHMAD, individually, HELLY NAHMAD
Individually, and INTERNATIONAL ART
CENTER, S.A.,

                    Defendants.
-------------------------------------------------------------X

11-CIV-7710 (LLS)(MHD)

ECF Case

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT**, upon the annexed declaration of Julie Kim executed on the 15th day of March, 2012, the declaration of Nehemiah S. Glanc, Esq. executed on the 15th day of March, 2012, the declaration of Adelino Semedo executed on the 14th day of March, 2012, the declaration of Helly Nahmad executed on the 14th day of March, 2012, the declaration of Daisy Edelson executed on the 14th day of March, 2012, the declaration of Davide Nahmad executed on the 30th day of January, 2012 and the exhibits attached thereto, and the accompanying Memorandum of Law dated March 15, 2012, the defendants Helly Nahmad Gallery, Inc., David Nahmad, individually, Helly Nahmad individually, and International Art Center, S.A., will move this Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing with prejudice plaintiff's Amended Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE**, that answering papers in opposition to this motion must be served upon defendants' counsel on or before April 16, 2012, and reply papers must be served on plaintiff's counsel on or before May 17, 2012, pursuant to the stipulation executed by the parties on February 3, 2012 and so-ordered by the Court on February 7, 2012.

Dated: New York, New York
       March 15, 2012

                                          Respectfully submitted,

                                          AARON RICHARD GOLUB, ESQUIRE, PC
                                          Attorney for Defendants

                                          BY:     s/NEHEMIAH S. GLANC
                                          Nehemiah S. Glanc (NSG 7264)
                                          34 East 67th Street, 3rd Floor
                                          New York, New York 10065
                                          ph: 212-838-4811
                                          fx: 212-838-4869
                                          e-mail: nglanc@argolub.com
                                          e-mail: argolub@argolub.com