# DUNNINGTON
## BARTHOLOW & MILLER LLP
### ATTORNEYS AT LAW

1359 Broadway | New York, NY 10018 | Telephone: 212.682.8811 | Facsimile: 212.661.7769 | www.dunnington.com

March 26, 2012

**BY US MAIL**
The Honorable Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 21C
New York, NY 10007

    *Re:*    Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A) of the
Federal Rules of Civil Procedure
*Maestracci v. Helly Nahmad Gallery, Inc., et al.*, 11-cv-7710

Dear Judge Stanton:

    We represent Plaintiff Philippe Maestracci in the above-referenced case. On March 16, 2012 in a conference before your Honor we agreed to inform the court by letter of Plaintiff's position. Pursuant to pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff dismisses this action without prejudice.

Respectfully submitted,

Raymond J. Dowd

So Ordered
Louis L. Stanton
3/27/12

cc:    Richard Aaron Golub, Esq. (via email)
Nehemiah Glanc, Esq. (via email)